THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JEFFERY H. MILLER, Respondent.

Submitted July 11, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VERNON MINGO, Appellant.

Submitted June 27, 2011; decided September 8, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent-Appellant, v AKINLOWO OMOWALE, Appellant-Respondent.

Submitted July 11, 2011; decided September 8, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant-respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PORCO, Appellant.

Submitted June 13, 2011; decided September 8, 2011

Motion to strike portions of appellant's reply brief denied.

Judge GRAFFEO taking no part.